# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gesner, Beth P. | U.S District Court - Md. | 08/02/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate - Full | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse 101 West Lombard St. Baltimore, Md. 21201

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/02/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. PNC Bank | Promissory Note - Law Firm capital | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   M & T Bank Common | A | Dividend | K | T | | | | | |
| 2.   Brookfield Common | A | Dividend | K | T | | | | | |
| 3.   ISLE Common | | None | K | T | | | | | |
| 4.   Berkshire Hathaway Common | | None | M | T | | | | | |
| 5.   Altria Common | D | Dividend | N | T | | | | | |
| 6.   Fidility Muni Money Fund | A | Interest | M | T | | | | | |
| 7.   TBT (ETF) | | None | J | T | | | | | |
| 8.   Telefonica Common | B | Dividend | K | T | | | | | |
| 9.   DOJ Credit Union | B | Interest | P1 | T | | | | | |
| 10.   Zweig Fund Common | B | Dividend | K | T | Sold (part) | 06/03/16 | J | | |
| 11.   Leucadia Nat. Common | A | Dividend | K | T | | | | | |
| 12.   Fidility Cash Reserves | A | Interest | M | T | | | | | |
| 13.   Markel Common | | None | L | T | | | | | |
| 14.   Fidility Cap. App. Fund | A | Distribution | K | T | | | | | |
| 15.   Fidility Aggressive Growth Fund | A | Dividend | K | T | | | | | |
| 16.   Fidility Latin Am. Fund | A | Dividend | K | T | | | | | |
| 17.   Eagle Bank Common | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppen. Flex. Strat. (formerly Oppen. Quest for Value Fund) | A | Dividend | J | T | | | | | |
| 19. Putnam Multi-Cap Grow. (formerlyPutnam New Opp. Fund) | A | Dividend | K | T | | | | | |
| 20. AT&T Common | A | Dividend | J | T | | | | | |
| 21. Occ. Pet. Common | D | Dividend | M | T | Sold (part) | 11/10/16 | K | A | |
| 22. IBM Common | A | Dividend | J | T | | | | | |
| 23. Comcast Common | A | Dividend | K | T | | | | | |
| 24. INVESCO Dev. Markets (formerly AIM Eur. Common) | | None | | | Donated | | | | |
| 25. Fidility Div. Int. Fund | A | Dividend | K | T | | | | | |
| 26. US Govt. FICO Strips | D | Interest | L | T | | | | | |
| 27. PNC Bank | A | Interest | L | T | | | | | |
| 28. Dollar Bank | A | Interest | K | T | | | | | |
| 29. Actua Common | | None | | | Sold | 12/14/16 | J | | |
| 30. Sentinel Small Co. | D | Distribution | L | T | | | | | |
| 31. New Perspectives Fund | D | Distribution | L | T | | | | | |
| 32. Capital World Growth & Income Fund | C | Dividend | L | T | | | | | |
| 33. Capital Income Builder Fund | C | Dividend | L | T | | | | | |
| 34. Fundamental Investors Fund | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AMCAP Fund | B | Dividend | M | T | | | | | |
| 36. T. Rowe Large Cap Fund | B | Dividend | M | T | | | | | |
| 37. CRM Small Cap. Value | | None | M | T | | | | | |
| 38. Oakmark Select | | None | M | T | | | | | |
| 39. Am. Funds Eur. | | None | L | T | | | | | |
| 40. Wells Emerging Growth | | None | K | T | | | | | |
| 41. Morgan Stanley | | None | M | T | | | | | |
| 42. Vanguard Mid Cap | | None | M | T | | | | | |
| 43. Vanguard Emerging Markets Fund | | None | K | T | | | | | |
| 44. Vanguard Global Fund | | None | K | T | | | | | |
| 45. Natixis AEW Real Estate Fund | | None | M | T | | | | | |
| 46. Wells Fargo Money Market | A | Interest | K | T | | | | | |
| 47. Broadstone Investors II, L.P. | B | Distribution | L | R | | | | | |
| 48. Port 100 A | | None | M | T | | | | | |
| 49. Dreyfuss Research Growth | | None | L | T | | | | | |
| 50. Main St. Mid-Cap | | None | K | T | | | | | |
| 51. NM Intl. Eqty. Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Severn Savings Money Market | A | Interest | M | T | | | | | |
| 53. Arundel Federal Savings | A | Interest | N | T | | | | | |
| 54. PNC Money Market | A | Interest | O | T | | | | | |
| 55. RAI Common | A | Dividend | L | T | | | | | |
| 56. Curis Common | | None | | | Sold | | J | A | |
| 57. Century Link Common | A | Dividend | J | T | Sold (part) | 02/11/16 | J | | |
| 58. GTAT Common | | None | | | Sold | 11/20/15 | J | | |
| 59. Alibaba Common | | None | K | T | | | | | |
| 60. California Resourses Common | | None | J | T | | | | | |
| 61. EBIX Common | | None | | | Sold | | J | D | |
| 62. Fireeye Common | | None | J | T | | | | | |
| 63. Westmount at Vista Ridge, LLC | C | Distribution | L | R | | | | | |
| 64. Highlands Bluffs, LLC | D | Distribution | L | R | | | | | |
| 65. MLG/PF Northwoods Co-Investor, LLCSale DATE | F | Distribution | | | Sold | 08/30/16 | L | E | |
| 66. MLG Private FundII, LLC | E | Distribution | M | R | | | | | |
| 67. Racquet Club Holding LLC | D | Distribution | L | R | | | | | |
| 68. MLG/Crossroads co-Investor LLC | D | Distribution | L | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Westmount at Summer Cove LLC | D | Distribution | L | R | | | | | |
| 70. MLG/Presido Co-Investor LLC | D | Distribution | L | R | | | | | |
| 71. Westomount at ColonnadeLLC | D | Distribution | L | R | | | | | |
| 72. Shelbourne Falcon Hotel RL DC LLC | | None | L | R | Buy | 02/04/16 | L | | |
| 73. Windsor Village SA Investors LLC | A | Distribution | L | R | Buy | 04/20/16 | L | | |
| 74. MLG/PF Oasis Co-Investor LLC | A | Distribution | L | R | Buy | 09/08/16 | L | | |
| 75. Westmount Cape Cod Investors LLC | | None | L | R | Buy | 11/15/16 | L | | |
| 76. Altria Common | | None | | | Buy | 07/27/16 | L | | |
| 77. Altria Common | | None | | | Sold | 08/03/16 | L | B | |
| 78. Facebook Common | | None | | | Sold | 01/12/16 | L | D | |
| 79. JA Solar Common | | None | K | T | | | | | |
| 80. Symantec Common | | None | | | Sold | 04/11/16 | J | | |
| 81. Fireeye Common | | None | J | T | | | | | |
| 82. Verastem Commom | | None | | | Sold | 12/30/16 | J | | |
| 83. Under Armour Common | | None | K | T | Buy | 10/25/16 | K | | |
| 84. SHS ETF | | None | K | T | Buy | 11/09/16 | K | | |
| 85. Wells Fargo Managed Dividend Portfolio | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Horizon Common | | None | | | Buy | 01/12/16 | J | | |
| 87. Horizon Common | | None | | | Sold | 08/12/16 | J | A | |
| 88. Caryle Common | | None | | | Buy | 02/11/16 | J | | |
| 89. Caryle Common | | None | | | Sold | 02/11/16 | J | A | |
| 90. Caryle Common | | None | | | Buy | 02/12/16 | J | | |
| 91. Caryle Common | | None | | | Sold | 02/12/16 | J | A | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/02/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 5 - Combines lines 6 and 29 from 2015 report.

Part VII, Line 12 - Combines lines 12 and 19 from 2015 report.

Part VII, Line 24 - This asset was donated on January 8, 2014 and mistakenly left on report in subsequent years.

Part VII, Line 47 - Investment acquired in 2004 for $100,000.

Part VII, Line 56 - Investment was sold on Febuary 19, 2015 and mistakenly left on 2015 report.

Part VII, Line 58 - 2015 report mistakenly noted investment was sold in part in 2015; investment was sold in full in 2015.

Part VII, Line 61 - Investment was sold on March 19, 2015 and mistakenly left on 2015 report.

Part VII, Line 63 - Investment acquired in 2014 for $75,000.

Part VII, Line 64 - Investment acquired in 2014 for $100,000.

Part VII, Line 65 - Investment acquired in 2014 for $50,000.

Part VII, Line 66 - Investment acquired in 2014 for $100,000.

Part VII, Line 67 - Investment acquired in 2014 for $100,000.

Part VII, Line 68 - Investment acquired in 2015 for $100,000.

Part VII, Line 69 - Investment acquired in 2015 for $100,000.

Part VII, Line 70 - Investment acquired in 2015 for $100,000.

Part VII, Line 71 - Investment acquired in 2015 for $100,000.

Part VII, Line 72 - Investment acquired in 2016 for $100,000.

Part VII, Line 73 - Investment acquired in 2016 for $100,000.

Part VII, Line 74 - Investment acquired in 2016 for $100,000.

Part VII, Line 75 - Investment acquired in 2016 for $100,000.

Part VII, Line 85 - Investment acquired in 2015, but inadvertly omitted from 2015 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/02/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beth P. Gesner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544